**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ALEXANDER OBANDO PADILLA,<br><br>                        Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                        Respondents. | Case No.:  3:26-cv-01459-RBM-JLB<br><br>**ORDER TO SHOW CAUSE** |

On March 7, 2026, Petitioner David Alexander Obando Padilla ("Petitioner") filed a Petition for Writ Of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241.  (Doc. 1.) Petitioner claims he is being detained in violation of the Fifth Amendment's Due Process Clause, the Administrative Procedure Act, and the Fourth Amendment.  (*Id*. ¶¶ 59–115.)

The Court finds that summary dismissal of the Petition is unwarranted.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** on or before **March 18, 2026 at 4:30 p.m.** as to why the Petition should not be granted by: (1) filing a

written response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised in the Petition; and (3) making a recommendation regarding the need for an evidentiary hearing. Petitioner may file a reply on or before **March 25, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

To preserve the Court's jurisdiction, and to maintain the status quo, Petitioner **SHALL NOT** be transferred outside of the Southern District of California pending a ruling in this matter. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE: March 9, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

2

3:26-cv-01459-RBM-JLB